# ELECTRONIC RECORD

027-15
028-15
083-15

COA # 06-14-00083-CR          OFFENSE: 21.11

Companion cases

STYLE: Robert Shayne Kinslow v. The State of Texas          COUNTY: Red River

COA DISPOSITION: Modified as Modified Affirmed          TRIAL COURT: 6th District Court

DATE: 12/19/14          Publish: No          TC CASE #: CR01648

## IN THE COURT OF CRIMINAL APPEALS

027-15
028-15
083-15

STYLE: Robert Shayne Kinslow v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**